AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*Eastern District of Washington*

LARRY and AMBER AIKEN,
        Plaintiffs,

v.

DOUGLAS COUNTY and DAN LAROCHE in his capacity as FORMER SHERIFF OF DOUGLAS COUNTY,
        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-068-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants pursuant to the Order Granting Defendants' Motions for Summary Judgment, Inter Alia, filed on September 12, 2008, Ct. Rec. 30.

September 12, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas